United States District Court
for the
Southern District of Florida

| | |
|---|---|
| MSP Recovery Claims, Series LLC,<br>Plaintiff,<br><br>v.<br><br>Dairyland Insurance Company,<br>Defendant. | )<br>)<br>)<br>)  Civil Action No. 17-23983-Civ-Scola<br>)<br>)<br>) |

### Order Granting Joint Motion to Dismiss

The parties jointly ask the Court to lift the stay in this case and dismiss it, without prejudice. (Jt. Mot., ECF No. 91.) The parties explain they have agreed to the dismissal of this case, without prejudice, subject to the parties' tolling agreement and the Plaintiff's refiling of its case, if a final resolution is not ultimately forthcoming. Because the Court finds the dismissal warranted and because, importantly, the parties are in agreement, the Court **grants** the parties' motion (**ECF No. 91**). Accordingly, the Court **dismisses** this case, without **prejudice**. This case is to remain **closed**.

**Done and ordered** at Miami, Florida, on April 29, 2022.

_____
Robert N. Scola, Jr.
United States District Judge